IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CATHY O'QUINN                                                                    PLAINTIFF

v.                                        Case No. 6:18-cv-06025

COUNTRY INN, INC., CHARLES KNABE

& SHON KNABE                                                              DEFENDANTS

## JUDGMENT

For the reasons set forth in the Notice of Acceptance of Offer of Judgment (ECF No. 44), and the Order Granting Motion for Attorney's Fees and Costs (ECF No. 53), it is HEREBY ORDERED AND ADJUDGED that Plaintiff, Cathy O'Quinn, should have and recover of and from Defendants, Country Inn, Inc., Charles Knabe, and Shon Knabe, judgment in the amount of $6,450 plus $27,222.08 in attorney's fees and costs.

**IT IS SO ORDERED**, this 2nd day of October 2019.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U. S. DISTRICT JUDGE**